**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| James Germalic, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Al Jaeger, Secretary of State, | ) | Case No. 1:12-cv-149 |
| | ) | |
| Defendant. | ) | |

On October 24, 2012, plaintiff filed an application to proceed *in forma pauperis*. (Docket No. 1). Upon reviewing plaintiff's application, the undersigned concluded that plaintiff had failed to provide sufficient information demonstrating his inability to pay the filing fee. (Docket No. 2). Consequently, on October 26, 2013, the undersigned issue a report recommending that the court deny plaintiff's application. (Id.). On December 13, 2012, the court adopted the undersigned's report and recommendation, denied plaintiff's application, and further advised plaintiff that his case would be dismissed if he did not pay the filing fee within fourteen days. (Docket No. 3).

Plaintiff did not pay the filing fee as directed. Consequently, on June 14, 2013, the court issued an order dismissing plaintiff's case without prejudice. (Docket No. 4). Plaintiff filed a motion for reconsideration, which the court denied in an order dated July 30, 2013. (Docket Nos. 5 and 6).

On September 6, 2013, plaintiff filed a "request for more time to write brief." (Docket No. 7). Plaintiff's case has bee dismissed. As there is longer a case or controversy pending, plaintiff's request (Docket No. 7) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 9th day of September, 2013.

>  */s/ Charles S. Miller, Jr.*
> Charles S. Miller, Jr., Magistrate Judge
> United States District Court